

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00816-CV

Daniel A. **BASS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19911
The Honorable Mollee Bennett Westfall, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 26, 2014

VACATED AND REMANDED

The parties have filed a joint motion requesting that we set aside the trial court's judgment without consideration of the merits, and remand the case to the trial court for rendition of judgment in accordance with the agreement reached by the parties which resolves all issues among them involved in this appeal.  The motion is granted.  Without consideration of the merits, we vacate the trial court's judgment dated August 3, 2012, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  TEX. R. APP. P. 42.1(a)(2)(B); *Caballero*

*v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

Appellate costs are taxed against the party incurring same.

PER CURIAM